R. E. Cochran Company, Inc., appellee, v. Mark T. Adamson, trading
as Mark T. Adamson Company, appellant. Gen. No. 30,906.
Suit to recover damages for not diverting shipment. Judgment for
plaintiff. Appeal from the Superior Court of Cook county; the Hon.
Joseph B. David, Judge, presiding. Heard in the third division of
this court for the first district at the March term, 1926. Reversed and
remanded. Opinion filed November 17, 1926. Rehearing denied
December 2, 1926.

Stewart Reed Brown, for appellant. Schuyler, Ettelson & Weinfeld, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.